U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
DEC 20 2021
CLERK, U.S. DISTRICT COURT
By ___ Deputy

4-21CV-1362P

TO: STAR TELEGRAM/NAACP/ Federal Court
RE: Donnie Earl Phillips Jr. #0518336 D.O.B. 06/18/81 and the religious continuance of cruel and unusual punishment, Double-Jeopardy, Fair Act Violations of Equality, Entrapment, Extortion, wrongful Imprisonment and a Plethora of Other Unconstitutional Acts by the Judicial System of Tarrant County, Ft. Worth, Texas

Let it be known, non boastful yet with confidence and "conviction of not being stereo typed as a mere number," respectfully presents this topic in support of justice, comes now, I, Donnie Earl Phillips Jr. #0518336 6/18/81, In, what's namely titled.

Buried ALive
NOT Zombified

6/18/81 #0518336
by Donnie Earl Phillips Jr.

As exhaustion continues to present itself daily in these physical walls of incarceration, degradation, character assassination, etc. I continue to muster the self will toll inside of me to wrestle with the judicial system of Tarrant County in the 372nd court where judge Scott wisch resides and my "court appointed" in-effective counsel J. Eric Nickols given to me by the said "Fair wheel" of attorney assistance by the same judicial system I remain a victim of, after paying a "free-world" lawyer(s) representing the Dunham and Jones Law firm where namely Robert Cowie and initially Rob Hayden gave ineffective unfavorable assistance entrapped, coerced, and extorted me out of approx. $6,000^xx of U.S. currency on a $7,500^xx contract that was over charged, not earned (due

to no court date ((physical)) in over 20 calendar months, no assistance in being unconstitutionally placed on Bond Probation, nor acknowledging the fact that the indictment for cause# 1635835 is in fact on it's face and hands down Quashable due to ineligible, wrongful, in violation of jurisdictional and punishable enhancements: namely: not 1, 2, but 3 or more unconstitutional misutilization of prior allegations (1 actually a DWLI instead of a DWI, and others non-eligible for enhancement purposes due to them "all" pending one another and not being sub sequently in accordance of eligibility to be used at all as to none finalized after the other to uphold the Due Process of law structure, them being misdemeanors yet tried in felony court, changing the statutorial range illegally, unconstitutionally, discriminatorial, etc. in obvious aim to yet again out of multiple times "let my coerced criminal history show it", that railroad, framing, and equality acts of violation are presently the spot light for I, the "individual, not your statistic human cattle" Donnie Earl Phillips Jr. #0518336 6/18/81. So, as they aim to latently dim that light, let me shine "my" individual authentic true light as I leave "my" mark on earth, instead of what "they said, he said, she said, 'history,' her'story, their'story is, and give them something "more" to talk about as I remove all false labels and expose the truth about who and what I am. I am an experience you have never, experienced before, humbly yet adequate and assertively. As I proceed, it is sad but true that being discriminated, violated with cruel and

unusual punishments, bonds, convictions, imprisonments, etc. the structural uncivilized method continues with J. Eric Nickols ..... it's actually frightening because he proudly stated "verb-atimish" "I am Board certified", in reference to the Texas Board of Legal Specialization. Not only was I coerced with the violation of due process ritual of Tarrant county of "Habitual Enhancements starting at 25 to life" but I am now unfrightened nor intimidated due to my I.Q. understanding, overstanding, and standing strong IN my knowledge, wisdom, and understanding in totality that lies are "buried" in the library itself and of law.... so, as I utilized the jargon of an 'ex' lame man now cured from ignorance excersizing my brain along with physical, and spiritual fortification, Im solidified in looking inside the bluff game faces of the Tarrant County Judicial system in aim to coerce a U.S. citizen that he has no constitutional Rights, equality, or any support (which is why they are so dominantly cocky and egocentric), by supporting myself with the fact that I am innocent until proven guilty the indictment is in violation of due process as well as my rights because I am not at the punishing factual phase of trial after being guilty, yet plea bargain, therefore the enhancement(s) you portray as "waived" are actually not applicable whatsoever. After putting in a State Bar Grievance and filing a motion of conflict between client and counsel on Rob Cowie Rob Hayden and the Dunham and Jones Lawfirm due to literally poor representation where Rob Cowie did in fact state on a previous date of 11/22/21 (the date he

filed to withdraw because I put in the grievance) that I should in fact be Refunded due to his lack of assistance in front of me as well as Judge Scott Wisch himself.... I get a letter of soft extortion in aim to justify cunning me out of $6,000^xx where they failed to meet contract nor help in me getting my O.D.L. Occupational Driver's License where I paid out of pocket on that as well, not to mention them losing my files in or around the months of July and August this year as tampering became obvious with them and Act Fast Bail Bond (and tampering of present allegations and wrongful warrants/violations that should've never been applied in reference, but in fact all dismissed because of identity theft/fraud.... involving my name that I have no manifestation of knowledge in but they all aim to hide). A competency exam was ordered without my knowledge of why or for what reason, nor with authority or consent holding me illegally against my will where I still remain wrongfully imprisoned, and it was said upon competent I would be released by Rob Cowie..... On or approximate the 27th day of October I saw the psychologist who cleared my name approved my competency and told me that the judge would be notified that Im not the one in wrong but the lawyer was wrong as well as him giving his sympathy by saying "I shouldn't have had to give this lawyer any currency at all"..... Here I remain with WRIT of Habeas Corpus potential for the wrongful convictions in 2009, 2017, and this present one due to the fact of what was stated about the erroneous chain of ineligible

(Margin notes: "yet to be refunded)" — "There should be an investigation in unknown 3rd party lawyer had no consent or authority for reason and eligibility of conspiracy possible, fraudulency")

convictions i've done well over the statute and punishable term in reference to mis/felony .... these same mis-used charges have been utilized yet again while i'm violated as a U.S. citizen..... I should not have to stay in here because they are upset about me fighting for my rights and each day I remain I aim to be compensated along with the past wrongful imprisonments that cause my "back ground" to make me seem as if i'm a menace ..... Let the record show this is coming from the same individual you label falsely, animalistically, unequally, and statistically..... I am not my past, nor the coerced convictions that cause me to look or seem less than what I am, I ask that someone look into this matter in support of a Great-Man being labeled as a bad one...... and to help individuals like me put justice and equality back (if it were ever) into the judicial system of Tarrant county. If the constitutional Amendments are no longer the foundation, they should be revived/revised because by due process im being violated. Though you aim to bury me alive, i'm not zombified.

With Deep Veneration,
Donnie Earl Phillips Jr. #0518336 6/18/81
[signature]

Thank You please follow up with previous letters as well/and keep record for near future reference.....

Please note a copy of this has been sent to Star Telegram and the NAACP in hope support and favorable assistance focus in on.

Mr. Donnie Earl Phillips Jr. #0518336
100 N. Lamar
Ft. Worth, TX 76196

NORTH TEXAS TX P&DC
DALLAS TX 750
16 DEC 2021 PM 6 L

USA ★ FOREVER

Legal Mail
Federal Courthouse
501 W 10th Street suite 310
Ft. Worth, TX 76102

Legal Mail

76102-364185