**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**

**FILED**
**January 12, 2022**
KAREN MITCHELL
CLERK, U.S. DISTRICT
COURT

Donnie Earl Phillips Jr. # 0518336
Plaintiff's Name and ID Number

Tarrant County Jail
Place of Confinement

CASE NO. 4:21-cv-1362-P
(Clerk will assign the number)

v.

Dunham & Jones Robert Ray Cowie 1110 E. Weatherford St. Ft. Worth, TX 76102
Defendant's Name and Address

Scott Wisch Court 372 401 W. Belknap Ft. Worth, TX 76196
Defendant's Name and Address

Bond Probation (Sebastian Aguirre) 200 W. Belknap Ft. Worth, TX 76196
Defendant's Name and Address
( DO NOT USE "ET AL.")

---

**INSTRUCTIONS - READ CAREFULLY**

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $52.00 for a total fee of **$402.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $52.00 administrative fee does not apply to cases proceeding *in forma pauperis.*)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ___YES ✓ NO

B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

1. Approximate date of filing lawsuit: N/A
2. Parties to previous lawsuit:

   Plaintiff(s) N/A

   Defendant(s) N/A
3. Court: (If federal, name the district; if state, name the county.) N/A
4. Cause number: N/A
5. Name of judge to whom case was assigned: N/A
6. Disposition: (Was the case dismissed, appealed, still pending?) N/A
7. Approximate date of disposition: N/A

II. PLACE OF PRESENT CONFINEMENT: Tarrant County Jail

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✔ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Donnie Earl Phillips Jr. #0518336
100 N. Lamar Ft. worth, TX 76196

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: Robert Roy Cowie 1110 E. Weatherford St. Ft. worth, TX 76102
Dunnam and Jones (paid attorney)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

In effective counsil, coersion, entrapment, extortion, discriminitorial practice, unprofessionalism, loss file(s) frame/Rail road, tampering against own client

Defendant #2: Scott Wisch 372nd 401 W. Belknap St. Ft. Worth, TX 76102 (Judge)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

discriminitonal practice, coersion, unfair act violation, unconstitutional practice, Bond Probation, cruel and unusual punishment, allowing it to continue, extortion (scram, etc.)

Defendant #3: J. Eric Nickols 2120 Mistletoe Blvd. Ste 2. Ft. Worth, TX 76110 (court appointed att.)

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Ineffective counsil, knows of favorable outcome yet uses coersion to get lengthy time out of actual range of punishment, as well as case itself linked to erroneous chain... wrongful imprisonment used multiple times still trying to railroad, 11.07 WRIT OF HABEAS CORPUS, conspiracy reassigned to case ??

Defendant #4: Act Fast Bail Bond (TOMPKINSON) LOST FILE, wrong information, paid in full yet went off bond no reason, kept money a few times including 2019 no Bill case, coerced to continue to pay, 3rd party tampering? No communication, no consent to any 3rd party nor gave authorization

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Discriminatorial Practice, unfair, unequal act, extortion, unprofessionalism, tampering, conspiracy

Defendant #5: Bond Probation Tarrant County Sebastian Aguirre 200 W. Belknap Ft. worth 76196

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Violation of Constitutional Amendments 5 6 8 11 13 14 15 and 10 (no slave, nor final conviction, nor threat) extortion

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

Robert Cavie of Dunnam and Jones Law firm showed no interest, lack of support as well as aimed to coerce plaintiff into taking lengthy time though case 1635835 is in fact a misd. due to erroneous involvements with linked priors that are faulty and were used in 2009 wrongful imprisonment of 6yrs TDC. The courts continued using linked priors in multiple allegations indictments as well along with present. Robert Cavie showed no favor in this yet aim to cover up and keep information, nor did I the client have a court date with him during contract. He admitted and agreed I should get a refund. Scott Wisch was informed and still showed discriminatorial practice, cruel unusual punishment and unequal acts of due process along with violating constitutional rights. Cavie tried extorting client and withdrawing after grievance. John Nickols was part of coersion prior to this and reassigned? See details.... (Additional Papers)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

To be refunded granted from Dunnam and Jones Rob Cavie, Compensated for wrongful Imprisonment 2009-2015 2017-2019 (11.07). Relief of present allegation with dismissal and compensation, pain and suffering from loss, willing to negotiate amount. Detailed in additional paper attached. Examine multiple erroneous chain throughout years please. Presently effected

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Donnie Earl Phillips Jr.

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

1060798 1596734 0518336 (to the best of my memory, unable to access other I.D.#'s)

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date sanctions were imposed: N/A
4. Have the sanctions been lifted or otherwise satisfied? N/A YES N/A NO

C. Has any court ever warned or notified you that sanctions could be imposed? ____YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): N/A
2. Case number: N/A
3. Approximate date warning was issued: N/A

Executed on: 1/6/22
DATE

Donnie Earl Phillips Jr. 0518336
[signature]
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this 6th (Day) day of January (month), 20 22 (year).

Donnie Earl Phillips Jr.
[signature] 0518336
(Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

*In Addition of Statement of Claim

TO BE EXAMINED AND FILED* : Exhibits in support of Relief/Refund/Compensation for Unconstitutional Practice and Wrongful Imprisonment(s), etc. in reference to case # 4:21-cv-01362-P. :

Indictment 1635835 present allegation is erroneous and linked to a number of forbidden fruit chain of events illegally and wrongfully applied unconstitutionally to U.S. citizen Donnie Earl Phillips Jr. There are multiple cause #'s involved in this situation that have been repetitively utilized unconstitutional, discriminatorial, unequal, unjust and in cruel and unusual measures that have tremendously effected plaintiff in the past and still being utilized presently. Phillips was wrongfully sentenced to a 6yr sentence that was not constitutional due to cause#'s not eligible for enhancement purposes nor were they "felonies, nor should the case have been in felony court at all, along with one of allegations being a Driving while License invalid, not a DWI though Phillips was coerced and state covered up wrongful application. These same cause#'s were utilized multiple times after 2009 wrongful imprisonment cause those allegations as well as present allegation to be obvious on it's face in uncivil + error. Where Tarrant County continues to aim to cover up in aim to yet again violate the rights of U.S. citizen Phillips. In addition Phillips was placed on Bond Probation by Judge Scott Wison 372nd without concern or just cause to look at cause# erroneous chain were Robert Cowie (of Dunham and Jones contracted 7,500xx and paid 6,000xx approx. by Phillips) who aimed to keep valuable information towards

*Cowie Agreed to REFUND IN FRONT OF JUDGE 11/22/21

client, did not have any court settings in assistance or support of client, failed to meet contract fully as client paid additional for ODL out of pocket though the law firm was to assist in that as well. Robert Cowie was grievanced due to his ineffective counsil and filed to withdraw because of in aim to extort Phillips. In addition Phillips' file at the Dunnam and Jones law firm was voided without informing the client. Some form of tampering (July-August 2021) and identity fraud occured were they and Act Fast Bail Bond (July-August 2021) could not give client proper information and Bond's office told Phillips cases were said to have been dispositioned, though a faulty warrant was issued due to unconstitutional Bond Probated term that should not have been applied in the first place. Tarrant County continues to aim to frame/railroad U.S. citizen Phillips with same cause#'s utilized in error then and now. cause #'s 0930525 0906761 1167265 1168221 1524914. Tarrant county agreed that I Donnie Earl Phillips Jr #0518336 was in fact wrongfully sentenced in 2009 Court 371st to 6yr TDC sentence. Tarrant County agreed in fact that the cause #'s were erroneously utilized Phillips in 2017 to 2019 was yet again wrongfully imprisoned and coersed to sign for 365 days time served after he had accrued 7yrs flat time/good time as a standup trustee and model inmate though wrongfully imprisoned then as well. It is yet again being done and U.S. Phillips, Donnie 0518336 citizen has been wrongfully incarcerated since 9/24/21 to present. Im not in aim to fill your case load with nonsense nor lengthy nothingness. I aim for equal fair, justice, to be met. I ask to be refunded by Dunnam and Jones, compensated for my wrongful Imprisonments from 2009-2015, 2017 to 2019,

Bond Probation compensation and the 9/24/21 to present each and every day still incarcerated. I've suffered painfully, lost countless years financial stability, marriage, mental exhaust emotional exhaust and ask for relief and financial compensation immediately. All additional papers are for filing purposes. I am at a level of full indigency now due to all the mayhem with Bond Probation and the lawyer fees. I ask that this case be investigated without prejudice but with actual justice. I am also enclosing all I can to show that I seek in forma pauperis. Due to covid the tablets are utilized more than usual and we lack proper assistance of alot of things, but I assure you that these are true statements and you have my consent for 28 U.S.C. §1915. Please consider the situation and full status of indigent.

FILED
THOMAS A WILDER, DIST. CLERK
TARRANT COUNTY, TEXAS

DEC 2 1 2021

TIME ______
BY ______ DEPUTY

Cause# 1635835

TO: THE HONORABLE JUDGE OF SAID COURT: 372nd Scott Wisch

Now comes, Donnie Earl Phillips Jr. #0518336, defendant in the above entitled and numbered cause, by and through pro sé files this motion of Entrapment/Double Jeopardy/Extortion and would show the court the following:

I.

On or about the 13th day of March 2020 the defendant Donnie Earl Phillips Jr. #0518336 was charged with the offense of DWI 3rd or more Felony Rep. alleged to have been committed on or about the 13th day of March 2020. Be advised the allegation, and indictment should be Quashed due to erroneous chain of ineligible prior allegations/convictions said to illegally, wrongfully raise the statutorial range of punishment from misdemeanor to felony. Let the record show the state has attempted this Unconstitutional method repetitively, once in an illegal 2009 sentencing where defendant Donnie Earl Phillips Jr. #0518336 was wrongly imprisoned to a 6yR TDCJ sentence 'felony', where charge was only eligible for misdemeanor punishment. It is noted that a Habeas corpus WRIT is in fact the case. The state erred once again violating defendant Donnie Earl Phillips Jr. #0518336 in a 2017 allegation of DWI 3rd or more Felony rep. where the same forbidden convictions where defendant was sentenced 6yRS TDCJ in 2009, in 2017. The Defendant served over 2 yrs in the Tarrant county Jail as a favorable trustee whom accrued a credited amount of 7yrs with flat

and good time as a trustee (3 for 1). Defendant filed multiple motions pro se as to every court appointed attorney violated the defendants Constitutional Rights as well as the due process of law being violated; guilty til proven innocent, is not the proper Due process though innocent until proven guilty is. The indictments and its enhancements are not to be utilized as a scare tactic, nor raise the statutorial range of punishment without *AT TRIAL* conviction. Nor should any whether appointed or paid coerce nor entrap a lame-man at law to cop-out or plea for a sentence outside of it's proper range. The defendant was in fact eligible for a dismissal and appointed attorney and courts coerced the defendant to plea for a misdemeanor though defendant was to be released without conviction due to the Unconstitutional methods, and violations of the rights of Donnie Earl Phillips Jr. #0518336., A WRIT should be sought expeditiously. Defendant in present allegation is once again wronged Unconstitutionally -beyond measures as to being placed on Bond Probation over 18 months, not to mention it's own Unconstitutional violation of the 5th 6th 8th 11th 13th 14th 15th, and 10th Amendments. Defendant hired a paid attorney for this cause# 1635835 through the Dunham and Jones Lawfirm Robert Roy Cowie, and not only was defendant over charged for assistance, counsel is/was ineffective, did not have the best interest of defendant, lacked in support of bond probation methods of removing it, It's fees, fines, devices where client paid

out of pocket approx 1,100** to have Scram device removed (after complying with 90 day, even had it on 120 days?). Robert Roy Cowie of the Dunham and Jones Lawfirm also without consent communicated with outside sources not in favor of client without clients consent, authority, etc. violating his rights as well as showing no favor nor concern of own client. client suffered due to Bond Probated, Illegal Pending DWI charge, and was again violated by extortion by the judicial system once again doubling client's bond from 10,000 to 20,000 for a "misdemeanor. It is unconstitutional uncivil, cruel and unusual punishment, a violation of equal rights, and the list never ends in fact...... According to the 10th Amendment this is infact unconstitutionally acted upon. In addition defendant has been incarcerated wrongfully since 9/24/21 well over 60 days and has yet to be arraigned and an illegal hold applied due to the cause # 1635835 as well as cause # 1678212 being a misdemeanor. It should be Immediate that defendant be released as to this becoming a huge civil matter that will no longer be ignored by defendant. This is indeed an erroneous chain throughout the defendants life of entrapment, extortion, double-jeopardy, wrongful imprisonments, etc. Defendant, as I, Donnie Earl Phillips Jr. has suffered life, limb, liberty, financial, relationship, emotional, mental, physical strain throughout this cruel and unusual punishment performed by the judicial system of Tarrant County. As a U.S.

citizen and a resident of Tarrant County all my life, it is a sad truth to know that I am still looked at as if im a slave unequal or inadequate, due to the ambition and aim Ive accustomed striving to better self and all encounters of circumference people, places, things. I ask that you take into consideration the individuality of defendant for I am not the statistic "average", as I proceed in aim to be not only heard but respected as a U.S. citizen Equal To Those who Have not had to be treated as I. Let the record show that if the Bill of Rights, the Amendments, etc. that are founded in reference to the U.S. are no longer upheld, they should be removed completely instead of being used to discretion not in favor of the citizen pertaining to the judicial system. I pay taxes too, as well as done wrongful time than statute range, multiple times.

Wherefore the Defendant prays that he be granted relief/released/dismissal and WRIT OF HABEAS CORPUS respected as well as civil matter suit preparation, and indictment(s) quashed immediately as to each and every day adds to the wrongful incarceration and violation of the Rights of Donnie Earl Phillips Jr. #0518336 being a United States citizen whom is eligible regardless of prior said convictions discharged and "over" discharged, ruling out double-jeopardy, triple-jeopardy, etc. With All Due Respect; Thank you in advanced, measures

## Certificate of service

I am the defendant Donnie Earl Phillips Jr. #C518336 in the above and entitled and numbered cause. I have read the foregoing motion for Entrapment/Double-Jeopardy/ Extortion and would show the court the following: material, information, focus is true to the best of my knowledge and correct. I, Donnie Earl Phillips Jr. #C518336 am mailing this legal information through the U.S. postal services located in Tarrant County, TX on this 27th day of November 2021.

Respectfully,

Donnie Earl Phillips Jr. #C518336

[signature]

100 N. Lamar
Ft. Worth, TX 76196

*In support please review Amendments 5 6 8 11 13 14 15, and 10 the rights of a U.S. citizen have been violated extremely habitually by the judicial system of Tarrant County located in Ft. Worth, Texas.

CHAIR
KELLI M. HINSON

VICE CHAIR
MICHAEL C. GROSS

MEMBERS
JESSICA Z. BARGER
JASON BOATRIGHT
GUY D. CHOATE
JOSEPH F. CLEVELAND, JR.
DAVID IGLESIAS
W.C. KIRKENDALL
RUDOLPH K. METAYER
WILLIAM W. OGDEN
NANCY J. STONE
CINDY V. TISDALE

# THE BOARD OF DISCIPLINARY APPEALS

APPOINTED BY THE SUPREME COURT OF TEXAS

EXECUTIVE DIRECTOR
& GENERAL COUNSEL
JENNY HODGKINS

DEPUTY DIRECTOR
& COUNSEL
MATTHEW J. GREER

EXECUTIVE ASSISTANT
JACKIE TRUITT

November 29, 2021

Donnie Earl Phillips Jr.
#0518336
100 N. Lamar
Fort Worth, TX 76196

RE: Notice of Appeal Received
Donnie Earl Phillips Jr. v. Robert Roy Cowie
202106220; BODA Case No. 66149

Dear Mr. Phillips:

On November 29, 2021, the Board of Disciplinary Appeals received your appeal from the dismissal of your grievance against Robert Roy Cowie . The Board will obtain a copy of your grievance from the Office of the Chief Disciplinary Counsel of the State Bar of Texas, and three Board members will read it and decide whether the appeal alleges a violation of the Texas Disciplinary Rules of Professional Conduct. **The attorney does not need to respond or take any action at this time unless contacted to do so.**

The Board decides the appeals in conference; no hearing is held. The Board considers only the material in the grievance that the Office of the Chief Disciplinary Counsel reviewed. **Please do not send any additional information concerning the grievance to the Board.** We will notify both parties in writing of the Board's decision.

Sincerely,

Jackie Truitt
Executive Assistant

xc: Robert Roy Cowie

PO Box 12426 Austin, TX 78711-2426 512-427-1578 FAX 512-427-4130 TXBODA.ORG

# TABLE OF CONTENTS (FOR INVESTIGATION + FILING)

Donnie Earl Phillips Jr #0518336


- Prisoner's Civil Right Complaint
- Attached Documents in support of claim (·additional info) (·motion filed 12/21/21)
- Board of Disciplinary Appeals Notice Against Robert Cavie CASE NO 66149
- Application to proceed IN FORMA PAUPERIS
- CERTIFICATE OF INMATE TRUST ACCOUNT INFO SWORN UNDER PERJURY
- In support receipts, and attempts made to retrieve all info pertaining to IN FORMA PAUPERIS
- CERTIFICATE OF SERVICE
- PRAYER TO THE COURTS
- Authorization for Application in FORMA PAUPERIS

Mr. Donnie Earl Phillips Jr #0518336
1166 N Lamar
Ft. Worth, TX 76102

JAN 12

Legal Mail Official Business
U.S. District Court
501 W. Tenth St. Rm 310
Ft. Worth, TX 76102-3673

Legal Mail / Official Business